# EXHIBIT 4

| US9009113 B1 Claim 27 | Apple Music |
|---|---|
| 27. A computer implemented method for receiving commands from an artist to update a dynamic album at a user device that includes a set of songs stored in relation to and played by an artist specific application associated with the artist, the method being implemented on a computer system having one or more physical processors programmed with computer program instructions that, when executed by the one or more physical processors, cause the computer system to perform the method, the method comprising: |  Apple Music has a method for receiving commands from an artist to update a dynamic album at a user device that includes a set of songs stored in relation to and played by an artist specific application associated with the artist.<br><br>The reference includes subject matter disclosed by the claims of the patent after the priority date. |

| US9009113 B1 Claim 27 | Apple Music |
|---|---|
| receiving, by the computer system, from the artist, one or more commands that specify a change to be made to the **dynamic album** played at the user device through the **artist specific application** associated with the artist; | <br><br>The reference describes receiving from the artist, one or more commands that specify a change to be made to the dynamic album played at the user device through the artist specific application associated with the artist.<br>• dynamic album = Apple Music radio<br>• artist specific application = TuneCore Music Distribution |

| US9009113 B1 Claim 27 | Apple Music |
|---|---|
| generating, by the computer system, one or more album parameters used to change the **dynamic album** based on the one or more commands; and | **Play Apple Music radio in Music on Mac**<br><br>Apple Music radio features three world-class radio stations (Apple Music 1, Apple Music Hits, and Apple Music Country), as well as a collection of stations based on different genres. These stations provide a great way to explore and enjoy new music or keep up with your favorites.<br><br>You can also create your own custom stations, based on your pick of artist, song, or genre.<br><br>In addition to radio, you can play Apple Music TV, a free, 24-hour curated livestream of popular new music videos that includes exclusive premieres, music video blocks, live shows and events, chart countdowns, and more.<br><br>*Note:* You must be signed in with your Apple ID, but you don't need to subscribe to Apple Music to play live Apple Music radio and Apple Music TV.<br><br><https://support.apple.com/guide/music/mus0456fe22c/1.2/mac/12.0><br><br>The reference describes generating one or more album parameters used to change the dynamic album based on the one or more commands.<br>• **dynamic album = Apple Music radio** |

| US9009113 B1 Claim 27 | Apple Music |
|---|---|
| providing, by the computer system, the one or more album parameters to at least the user device remote from the computer system at which the **artist specific application** is installed, wherein the one or more album parameters cause the user device to change the **dynamic album** in association with the **artist specific application** without intervention by a user of the user device. | <br><https://www.apple.com/apple-music/><br><br><https://support.apple.com/guide/music/mus89c4e3d1a/mac><br><br>The reference describes providing the one or more album parameters to at least the user device remote from the computer system at which the artist specific application is installed, wherein the one or more album parameters cause the user device to change the dynamic album in association with the artist specific application without intervention by a user of the user device.<br>• dynamic album = Apple Music radio<br>• artist specific application = TuneCore Music Distribution |

| US9009113 B1 Claim 27 | Apple Music |
|---|---|
|  |  |