IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ESCAPEX IP LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 6:22-cv-00427 |
| APPLE INC., | § | |
| | § | |
|     Defendant. | § | JURY TRIAL DEMANDED |
| | § | |
| | § | |

## ORDER

The Court, having examined the briefing on Defendant, Apple Inc.'s Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6), finds that the Motion should be GRANTED.

It is so ORDERED.

SIGNED this _____ day of September, 2022.

_____
HON. ALAN ALBRIGHT
UNITED STATES DISTRICT COURT