# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ESCAPEX IP, LLC, ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 6:22-cv-00427-ADA |
| v. ) | |
| ) | |
| APPLE, INC., ) | JURY TRIAL DEMANDED |
|     Defendant. ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Escapex IP, LLC moves to dismiss all of Plaintiff's claims against Defendant Apple Inc. in the above-captioned case WITH PREJUDICE. For the avoidance of doubt, this motion does not preclude Apple Inc. from pursuing any future claims or defenses relating to U.S. Patent No. 9,009,113.

Dated: October 25, 2022

                                                Respectfully submitted,

                                                **Ramey LLP**

                                                /s/ William P. Ramey, III

                                                William P. Ramey, III
                                                Texas State Bar No. 24027643
                                                5020 Montrose Blvd., Suite 800
                                                Houston, Texas 77006
                                                (713) 426-3923 (telephone)
                                                (832) 900-4941 (fax)
                                                wramey@rameyfirm.com

                                                *Attorneys for Escapex IP, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that October 25, 2022, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                      */s/William P. Ramey, III*
                                                    William P. Ramey, III